**No. 09-8773. Vernon R. Owens, Petitioner v. Robert G. Jones, Superintendent, Hyde Correctional Institution.**

559 U.S. 1039, 130 S. Ct. 2084, 176 L. Ed. 2d 418, 2010 U.S. LEXIS 2920, ▮

March 29, 2010. Petition for writ of cer-

tiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 347 Fed. Appx. 948.